**Order entered July 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00632-CV

### OFFICE OF THE ATTORNEY GENERAL OF TEXAS, Appellant

### V.

### GINGER WEATHERSPOON, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC09-06233**

## ORDER

We **GRANT** appellee's July 8, 2013 unopposed motion for an extension of time to file a

brief.  Appellee shall file her brief on July 11, 2013.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE